IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV285 |
| | ) | |
| v. | ) | |
| | ) | |
| LUCIANO RIZZO, Officer, and MICHAEL BELCASTRO, City of Omaha Police Department Officer, | ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion (Filing No. 13) to dismiss the complaint for failure to state a claim and plaintiff's motion (Filing No. 17) to deny the defendants' motion. After reviewing the amended complaint (Filing No. 6) and supporting material (Filing No. 7), the Court allowed the plaintiff proceed with service of process on defendants in their individual capacities for violating Andrews' right to procedural due process (Filing No. 8, at 3-4). No other claim remains (*Id.*, at 5-6). The defendants have raised no new issue concerning procedural due process since the Court's prior order.[1]

---

[1] The Court will not rule on the statute of limitation issue until evidence is adduced as to the time of filing and the incident.

IT IS ORDERED:

1) The defendants' motion (Filing No. 13) is denied.

2) The plaintiff's motion (Filing No. 17) is granted.

DATED this 14th day of July, 2015.

                BY THE COURT:

                /s/ Lyle E. Strom

                _____
                LYLE E. STROM, Senior Judge
                United States District Court