IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV285 |
| | ) | |
| v. | ) | |
| | ) | |
| LUCIANO RIZZO and MICHAEL BELCASTRO, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

     This matter is before the Court on defendants' motion for extension of time to file a motion to compel discovery (Filing No. 26). The Court finds the motion should be granted. Accordingly,

     IT IS ORDERED that the motion is granted. Defendants shall have until October 21, 2015, to file a motion to compel discovery.

     DATED this 5th day of October, 2015.

                   BY THE COURT:

                   /s/ Lyle E. Strom
                   _____
                   LYLE E. STROM, Senior Judge
                   United States District Court