```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

MICHAEL ANDREWS,               )
                               )
          Plaintiff,           )         8:14CV285
                               )
     v.                        )
                               )
LUCIANO RIZZO and MICHAEL      )            ORDER
BELCASTRO,                     )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time to file interrogatories, request for admission, request for production or inspection and extension of time for dispositive motions to be filed (Filing No. **28**). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted. Plaintiff shall have until November 30, 2015, to file interrogatories, request for admission, request for production or inspection and extension of time for dispositive motions.

2) If plaintiff wishes to receive email notice of filings, he needs to complete a CM/ECF registration form and file his documents electronically. The registration form can be obtained from the clerk's office or on its web site:

**www.ned.uscourts.gov**

DATED this 20th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court