IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV285 |
| | ) | |
| v. | ) | |
| | ) | |
| LUCIANO RIZZO and MICHAEL BELCASTRO, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion for extension of time to file a motion for summary judgment (Filing No. 37). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. defendants shall have until November 30, 2015, to file their motion for summary judgment.

DATED this 2nd day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court